**Ronald SIMPSON, Petitioner/Respondent,**

v.

**Pamela SIMPSON n/k/a Pamela Kunkel, Respondent/Appellant.**

No. 69234.

Missouri Court of Appeals,
Eastern District,
Division One.

June 25, 1996.

Frank J. Niesen, Jr., St. Louis, for appellant.

Richard Boardman, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

## ORDER

PER CURIAM.

Mother appeals from the trial court's order modifying the decree of dissolution. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).